UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61189-CIV-COHN/RAY
CASE NO. 07-61273-CIV-COHN/RAY
CASE NO. 07-61275-CIV-COHN/RAY
CASE NO. 07-61823-CIV-COHN/RAY
CASE NO. 07-61919-CIV-COHN/RAY
ADV.NO. 07-01398-BKC-RBR-A

JAMES S. FELTMAN, Chapter 11
Trustee of Debtors CERTIFIED HR
SERVICES COMPANY f/k/a THE
CURA GROUP, INC., and
CERTIFIED SERVICES, INC.

      Plaintiff,

vs.

WILLIAM KEWAN, et al.,

      Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulations for Dismissal [Case No. 07-61189, DE 20, 21]. The Court has been advised that all parties stipulate to the dismissal of these consolidated actions. All defendants, except Judson Wagenseller, agree to dismissal with prejudice. Mr. Wagenseller agrees to dismissal without prejudice. It is therefore

**ORDERED AND ADJUDGED** that Case No. 07-61189-CIV-COHN/RAY, Case No. 07-61275-CIV-COHN/RAY, Case No. 07-61823-CIV-COHN/RAY, and Case No. 07-61919-CIV-COHN/RAY are **DISMISSED WITH PREJUDICE**, each side to bear their own costs and fees. Case No. 07-61273-CIV-COHN/RAY is **DISMISSED WITHOUT PREJUDICE**, each side to bear their own costs and fees. The Clerk shall **CLOSE ALL OF THESE CONSOLIDATED CASES** and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 14th day of October, 2008.

JAMES I. COHN
United States District Judge

Copies furnished to all counsel of record on CM/ECF